

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-20-00324-CV

## IN RE GALLIANO MACALLE

---

## Original Proceeding

## From the 272nd District Court
## Brazos County, Texas
## Trial Court No. 19-000981-CV-272

---

## MEMORANDUM OPINION

---

Relator's petition for writ of mandamus is denied.

JOHN E. NEILL
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Petition denied
Opinion delivered and filed December 16, 2020
[OT06]

